# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.92.126.23,<br><br>                    Defendant. | Case Number: 4:25-cv-10263-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for February 24, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until May 19, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for February 24, 2026 is continued to June 23, 2026 at 2:00 p.m.  The zoom information and instructions remain the same as previously provided in docket no. 6.  All attorneys and pro se litigants appearing for the case management

// //

// //

1

---

Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 4:25-cv-10263-HSG

conference are required to join at least 15 minutes before the hearing to check-in with the CRD

**DONE AND ORDERED**.

Dated:  2/18/2026

By: _Haywood S. Gill Jr._
**United States District Court Judge**
Hon. Haywood S. Gilliam, Jr.

2

Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 4:25-cv-10263-HSG